Anthony P. Raimondo, #200387
Steven R. Wainess, #106645
James D. Miller, #207709
RAIMONDO & ASSOCIATES, a Law Corporation
7110 N. Marks Avenue, Suite #104
Fresno, California 93711
Telephone:     (559) 432-3000

Attorneys for Defendant, SETTON PISTACHIO OF TERRA BELLA, INC.

Kevin Barnes, Esq.
Gregg Lander, Esq.
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Local: (323) 549-9100

Attorneys for Plaintiff, LILIA ALI

Michael Nourmand, Esq.
James A. De Sario, Esq.
The Nourmand Law Firm, APC
8822 West Olympic Boulevard
Beverly Hills, CA  90211
Tel: (310) 553-3600

Attorneys for Plaintiff, LILIA ALI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA ALI, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>SETTON PISTACHIO OF TERRA BELLA, INC., and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 1:19-cv-00959-LJO-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The Court, having considered the Parties' Joint Stipulation to Continue Scheduling

- 1 -

Conference, and for good cause appearing, hereby GRANTS the Parties Joint Stipulation.

IT IS ORDERED that the Scheduling Conference currently scheduled for October 10, 2019, is hereby continued to **November 13, 2019 at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 390866.**

IT IS SO ORDERED.

Dated: **September 19, 2019**     /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE