1  Anthony P. Raimondo, #200387
   Steven R. Wainess, #106645
2  James D. Miller, #207709
   RAIMONDO & ASSOCIATES, a Law Corporation
3  7110 N. Marks Avenue, Suite #104
   Fresno, California 93711
4  Telephone:    (559) 432-3000

5  Attorneys for Defendant, SETTON PISTACHIO OF
   TERRA BELLA, INC.
6
   Kevin Barnes, Esq.
7  Gregg Lander, Esq.
   LAW OFFICES OF KEVIN T. BARNES
8  1635 Pontius Avenue, Second Floor
   Los Angeles, CA 90025-3361
9  Local: (323) 549-9100

10 Attorneys for Plaintiff, LILIA ALI

11 Michael Nourmand, Esq.
   James A. De Sario, Esq.
12 The Nourmand Law Firm, APC
   8822 West Olympic Boulevard
13 Beverly Hills, CA  90211
14 Tel: (310) 553-3600

15 Attorneys for Plaintiff, LILIA ALI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA ALI, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>SETTON PISTACHIO OF TERRA BELLA, INC., and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.:1:19-CV-00959-LJO-BAM<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The Court, having considered the Parties' Joint Stipulation to Continue the Scheduling

**- 1 -**

1 | Conference, and for good cause appearing, hereby GRANTS the Parties' Joint Stipulation.

2 | IT IS ORDERED that the Scheduling Conference currently scheduled for November 13, 2019, is hereby continued to **December 11, 2019 at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned.  A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e−mailed, in Microsoft Word format, to bamorders@caed.uscourts.gov.  The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 390866.**

IT IS SO ORDERED.

Dated:   **October 23, 2019**                  /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

- 2 -

Lilia Ali v. Setton Pistachio of Terra Bella, Inc.                          ORDER Granting Second Joint Stipulation to
Case No.1:19-cv-00959-LJO-BAM                                              Continue Scheduling Conference